FILED
2026 Sep-09 PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 10/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
2026 SEP -9 A 9:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

Cortez Edward Speed #(275069)
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Wayne; Bulbck (Mobile)
(Gourtlon) Judge; Patillius: (Bessemer County; DC)
*(David; Lee; David; Hobdy:)
David; LEE, DAVID, HOBDY
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

Case No. 1) CC 2015001080
2) W# 02-1900171 (W# 02-1900171) (W#021900 1711)
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

(P.S.)

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name ~~This are not my NAME~~

All other names by which you have been known ~~Carter Edward Speed~~

ID Number ~~275067~~

Current Institution ~~St. Clair Correctional Facility~~

Address ~~Springville~~ ~~Al~~ ~~35146~~
City State Zip Code

### B. The Defendant

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

(P.S.)

Randall Burlington
C.O.
14566
ST. CLAIR
1000 Springville Rd
Al 34516

Name ~~[illegible]~~

Job or Title *(if known)* ~~[illegible] Barber Shop~~

Shield Number ~~[illegible]~~

Employer ~~[illegible]~~

Address ~~[illegible]~~ ~~Al~~ ~~35212~~
City State Zip Code

☒ Individual Capacity ☐ Official Capacity

Defendant No. ~~1~~ 2

1.)

Name Wayne; Bullock (Cosmatologists) Proffesional Barber

Job or Title *(if known)* Instructer at (Coaster Community College

Shield Number Fountain Davis Correction (251)

Employer Fountain Correction Facility

Address Mobile Al 36507
City State Zip Code

☒ Individual Capacity ☐ Official Capacity

(1) Forgive! (PS)

Defendant No. 3

Jefferson County S.O. Name ~~Cordelral Montez Speed~~

4th Division Job or Title *(if known)* ~~[illegible]~~

456413 Shield Number ~~[illegible]~~

JEFFERSON COUNTY SEX OFFENDER UNIT Employer ~~Bessemer [illegible]~~

Address ~~Birmingham~~ ~~AL~~ ~~35204~~

City State Zip Code

☐ Individual Capacity ☐ Official Capacity

Defendant No. 4 2

(Your Honour)

Name David; Lee / Judge; Patellius

Job or Title *(if known)* LAWYER (Bessemer / Jefferson)

Shield Number ~~Bessemer / Jeff Alabama~~ N/A

Employer Attorney (Appoited Lawyer)

Address Bessemer AL

City State Zip Code

☑ Individual Capacity ☑ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Cruel-Punishments; False-Names, Identification My name also are (is) wrong; Wayne; Bullock my instructer at; Fountain; Davis; Correction; Facility; Didn't put my credit of time; + completed for my 2017 Class in Barbering school at; GK; Fountain. Davis Corrections Facility and also my real name is (are) Cordelral Montez Speed Proof @ (in) Atlanta Georgia at the city jail my eyes and finger print register my name is not Carter Edward Speed my brother who passed away deceased since 2005 switch-names with me. Moma (Mother) elleterite. can't read or write.

Back ↓

Name: David Hobdy
Shield Number 16116
Employer Judge/Lawyer
Address: Bess/Jeff County Jail
Tenth Judicial Court
Bessemer Division
1861 2nd 2nd Avenue
N. Suite 110
Bessemer Al, 35020

P.S. "LIED TO (falsehood) ME" ABOUT THE "SODOMY" 2 (two). I receive on 2010 (two thousand and ten) that; I suppose to register 10 (ten) years and I was a youth that receive Y.O. youth offender now I still have a "U" which is the "U" suffix (suffix) then been suppose to been remove and also this have been expose which it was not suppose to been expose at all.

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? * Innocent to proven guilty also; I have not been indited or been to court since; ~~2020~~ 2020 of 03-03-2020; Split Sentence being revoked of reveraction (probations I was release on 01-2-2019; EOS (End of sentence)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Wayne; Bullock acted like he didn't know what going on with the certificate (short certificate class of 2017.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☑ Pretrial Detainee
- ☐ Civilly committed detainee
- ☒ Immigration detainee (For Bessemer/Jefferson County since 2020 on a Robe-1 Robbery-1 degree which was not me at all.
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)*: I was Convicted of, Attempted Murder 2016/2016 approximately but apparently my time sheet are wrong and also my inmate detail sheet are all wrong the year and dates are wrong false information

## IV. State of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.



Back ↓

PS.

On the Robbery / I caught in 2019 was falsely accused of Robbering a wing store which it was my twin brother I had just E.O.S. (End of sentence) from Bok Fountain Correction Facility Jan 2, 2019 receive my Barbering certificate in 2017 class of 2017 instructor Wyne Bullock at Coaster Community College; Peer trainer/ As well as teacher aid 2017 class of two thousand seventeen; President list both semesters. a A'S look it up a Coaster Community College class of 2017 Cartersheet (A75) 278067; E.OS. (End of Sentence) Jan 2, 2019 Start working in Western Hill Mall at "Infinity Clippers" in Fairfield Al. 35064 Lavester Scott my boss man as well as owner of Barbering Shop. Honest Godly truth and I tell the truth and nothing best the truth so God help me in Jesus (Christ) name Amen!

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Outide the institution of Fountain Davis Correction facility at trade school false Short certificate that don't apply For Birmingham (B'Ham) Alabama.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

In the I want stab inside of Bullock Correction Facility on 2020 E-dorm a January 2020 E-Dorm

C. What date and approximate time did the events giving rise to your claim(s) occur?

at abou 10 O'clock Am on Jam. 20 , 2020 a Bullock Correction Facity

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was pronounced dead (deceased) in 2008 of apprivimately July 24, 2008 when he passed away also my picture was in the abitrorary at the end of July know later than Aug 1 2000 pronound dead. (deceased)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

I sustained stab 2021 apparently 2022 at Bullock Correctional Facility several of time and also stab in neck, hips, side left lung puntual also on the Top of my brain (cranium);

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the the court to do for me is (are) released as Free man and also 100.000 (One hundred thousand dollars) at the least amount im suffering with chronic pain for the rest of my life. "Release" Free" (AS.AP): As soon as possible: I want to Join the U.S. Army Special Unit this my dream to erase all my felonys and serve and join the U.S Army Special Unit, ASAP (as soon as possible) : Because the state of Alabama violated Federal Laws these are fruits the State of Al. is barled;

False imprisonment, cruel punishment and also Pain and sufferings pain and Suffering, metal health, Suffering depression, and also Mental and oppressed and unable to hold a job: Slave name: Realty from Africa

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- ☐ Yes
- ☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

____________________________________

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- ☐ Yes
- ☒ No
- ☐ Don't know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- ☐ Yes
- ☒ No
- ☐ Don't know

If yes, which claims(s)? N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Restricted Housing at ST. CLAIR

2. What did you claim in your grievance?

   Not Showering and C.O. brutality

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Why because hand broken in 4(four) ~~pieces~~ places. Shot 7 (seven) time in the street 2013/2014 also stab in poison at Bullock Correction Facity and also G/K Fountain Correction Facility 2018/2019 apparently 2018 Feb, 2017 in 1 (one) cell the Blood cell EOS (End of sentence Jan 02, 2019 stab in 2018 Feb. 16 2018 at 10 AM approximately in my left arm.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Because the correction officer would not give me a grievance at all! Throw in segregation 2018 Nov. 2, 2018 at 10 o'clock am. 2 cell

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Did not informed nobody because I was scared to be lable a stich.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies:

I want relief 500.000 (five hundred thousand and Go HOME ASAP As soon as possible

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

"No"! N/A

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to "A" is "Yes," describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit:

   Plaintiff(s) N/A

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*:

   Bessemer / Jefferson County S.O.

3. Docket or index number:

4. Name of Judge assigned to your case:

   Judge Petelinis / ~~Judge [illegible]~~ David Hobdy and David Lee

5. Approximate date of filing lawsuit:

   2026

6. Is the case still pending?

   ☒ Yes

   ☐ No

   (Robbery 1 happen 2019 of Oct/ November 2019)

   If no, give the approximate date of disposition: 2020 / 2019

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

   The Robbery-1 was wave to grand jury 2019/2020 (03-03-20)
   Case# X [W# 02-1900171]

## IX. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Cortez Edward Speed

Prison Identification Number: [A.I.S.] #275067

Prison Address: 1000 Springville Rd ST. Clair Corr. Facility

Springville (City) Al (State) 35146 (Zip Code)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~Aug~~, 2026 Aug, 2026

Signature of Plaintiff: Cortez Speed

Cortez Speed (AIS) 275067
ST. CLAIR CORR FACILITY
1000 Springville Rd. 35146

BIRMINGHAM AL 350
4 SEP 2026 PM 5 L

quadient
FIRST-CLASS MAIL
IMI
$001.36⁰
09/03/2026 ZIP 35146
043M31267931
US POSTAGE

(PS)

[redacted]

* Address *
United States District Court
Northern District of Alabama
Room 140, [redacted], Hugo L. Black
U.S. Courthouse: 1729 5th
Avenue North, Birmingham,
Alabama 35203-2195

# INMATE LEGAL MAIL

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."